UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCELINO MACIAS,

    Plaintiff(s),

v.

STATE OF NEVADA UNEMPLOYMENT, et al.,

    Defendant(s).

Case No. 2:24-cv-01810-CDS-NJK

**ORDER**

On September 26, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice. Docket No. 4. The Court noted that the application was not signed by Plaintiff,[1] was submitted on the wrong form, and was incomplete. *See id.* at 1-2. The Court ordered that, if Plaintiff wished to proceed with this case, he had to file a proper application with all of the required documentation by October 30, 2024. *Id.* at 2. Plaintiff has not done so.

Although it is not entirely clear that Plaintiff wishes to proceed with this case, the Court will afford one more opportunity to file a proper application to proceed *in forma pauperis* by extending the prior deadline to November 20, 2024. **Failure to comply with this deadline may result in dismissal of the case.**

IT IS SO ORDERED.

Dated: November 6, 2024

                                          Nancy J. Koppe
                                          United States Magistrate Judge

---

[1] The application was instead signed by a "power of attorney."