1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARCELINO MACIAS,

      Plaintiff(s),

v.

STATE OF NEVADA UNEMPLOYMENT, et al.,

      Defendant(s).

Case No. 2:24-cv-01810-CDS-NJK

**REPORT AND RECOMMENDATION**

On September 26, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice. Docket No. 4. The Court noted that the application was not signed by Plaintiff,[1] was submitted on the wrong form, and was incomplete. *See id.* at 1-2. The Court ordered that, if Plaintiff wished to proceed with this case, he had to file a proper application with all of the required documentation by October 30, 2024. *Id.* at 2. Plaintiff did not do so.

On November 6, 2024, the Court *sua sponte* extended the deadline to file a proper application to proceed *in forma pauperis* to November 20, 2024. Docket No. 5 at 1. The Court warned therein that "**[f]ailure to comply with this deadline may result in dismissal of the case.**" *Id.* (emphasis in original). Despite that warning, Plaintiff has not complied.

This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

---

[1] The application was instead signed by a "power of attorney."

1

1     Moreover, Plaintiff's refusal to comply with the Court's orders is an abusive litigation

2 practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted

3 the Court's timely management of its docket, wasted judicial resources, and threatened the

4 integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than

5 dismissal are unavailable because Plaintiff has refused to comply with the order of this Court

6 notwithstanding the warning that case-dispositive sanctions may be imposed.

7     Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without

8 prejudice.

9     Dated: December 4, 2024

10

                                                   _____

11                                               Nancy J. Koppe
                                              United States Magistrate Judge

12

13                                  **<u>NOTICE</u>**

14     This report and recommendation is submitted to the United States District Judge assigned

15 to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and

16 recommendation must file a written objection supported by points and authorities within fourteen

17 days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file

18 a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951

19 F.2d 1153, 1157 (9th Cir. 1991).

20

21

22

23

24

25

26

27

28